JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MERZ, | ED CV 11-19 PA (DTBx) |
|        Plaintiff, | JUDGMENT |
|    v. | |
| UNITED STATES, | |
|        Defendant. | |

Pursuant to the Court's September 12, 2011 Minute Order dismissing with prejudice the claims alleged by plaintiff Robert Merz ("Plaintiff") against defendant United States ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing.

IT IS SO ORDERED.

DATED: September 12, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE